UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C.  20005,<br><br>    Plaintiff,<br><br>v<br><br>ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED,<br>695 East Grand Boulevard<br>Detroit, Michigan 48207,<br><br>    Defendant. | Civil Case No.:  05cv1606(RJL) |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned John C. Lowe as co-counsel for

Defendant Arista Management Inc., d/b/a/ Qualicare Nursing Home, Inc.

                                                                      s/John C. Lowe
                                                                       John C. Lowe
                                                                       John Lowe, P.C.
                                                                       D.C. Bar No. 427019
                                                                       5920 Searl Terrace
                                                                       Bethesda, MD  20816
                                                                       Phone 301-320-5595
                                                                       Fax 301-320-8878
                                                                       johnlowe@johnlowepc.com
                                                                       Co-counsel for Defendant Arista
Dated:  September 13, 2005                              Management Inc. d/b/a Qualicare