UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C. 20005,<br><br>    Plaintiff,<br>v<br><br>ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED,<br>695 East Grand Boulevard<br>Detroit, Michigan 48207,<br><br>    Defendant. | Civil Case No.: 05cv1606(RJL) |

### MOTION TO ADMIT KAREN BERKERY, ESQ. AS COUNSEL PRO HAC VICE

Defendant, by counsel, moves the Court pursuant to LCvR 83.2 for an order permitting Karen Berkery, Esq., of the firm of Kitch Drutchas Wagner Valitutti & Sherbrook, One Woodward Avenue, Suite 2400, Detroit MI 48226-5485, a member of the Michigan bar, to practice before this Court in this case pro hac vice for the limited purpose of defending this action. The attached Declaration of Karen Berkery shows proper grounds for her admission for this purpose.

                                                s/John C. Lowe
                                                John C. Lowe
                                                John Lowe, P.C.
                                                D.C. Bar No. 427019
                                                5920 Searl Terrace
                                                Bethesda, MD  20816
                                                Phone 301-320-5595
                                                Fax 301-320-8878
                                                johnlowe@johnlowepc.com
                                                Co-counsel for Defendant Arista

Dated:  September 13, 2005                  Management Inc. d/b/a Qualicare