UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND <br><br> and <br><br> BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND <br> 1343 L Street, N.W. <br> Washington, D.C. 20005, <br><br>    Plaintiff, <br><br> v <br><br> ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, <br> 695 East Grand Boulevard <br> Detroit, Michigan 48207, <br><br>    Defendant. | Civil Case No.: 05cv1606(RJL) |

## DECLARATION OF KAREN BERKERY

I, Karen Berkery, being first duly sworn, do on oath depose and say:

    1.    I am a partner in the Michigan law firm of Kitch Drutchas Wagner Valitutti & Sherbrook, One Woodward Avenue, Suite 2400, Detroit Mi 48226-5485, a member of the Michigan bar.

    2.    I am not currently admitted to practice in this Court and have made no previous requests for admission to practice before this Court.

    3.    I am representing the Defendant in the captioned proceeding in this Court.

    4.    I am licensed to practice law in the state of Michigan an am a member of good standing of the Michigan bar. I am also a member in good standing of the bars of the following courts:

New York
United States District Court, Eastern District of Michigan
United States District Court, Western District of Michigan
United States Court of Appeals, Sixth Circuit

5. I have never been disciplined for any conduct by any court or any bar association.

6. I am not a resident of this district and my firm does not have an office in this district.

7. I understand and agree to abide by the rules of this Court and the ethical obligations of attorneys of this Court. I specifically agree to be subject to the jurisdiction and rules of this Court governing professional conduct.

_____
Karen Berkery

Sworn and subscribed to before me by Karen Berkery this 11th day of October 2005.

_____
Notary Public

CAROLYN PADALINO
NOTARY PUBLIC, Macomb County, MI
Acting in Wayne County, MI
My Commission Expires: 4/8/07