UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C. 20005,<br><br>    Plaintiff,<br>v<br><br>ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED,<br>695 East Grand Boulevard<br>Detroit, Michigan 48207,<br><br>    Defendant. | Civil Case No.: 05cv1606(RJL) |

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon motion of Defendant for admission of Karen Berkery, Esq., to the Bar of this Court pro hac vice, the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED the motion be, and it hereby is, granted and that Karen Berkery will be admitted pro hac vice to practice law before the Bar of this Court.

Dated: _____

_____
United States District Judge

DET02\1060131.1