IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, <br><br> Defendant. | Civil Action No. 05-cv-01606(RJL) |

**MOTION FOR LEAVE TO FILE
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), the Service Employees International Union National Industry Pension Fund ("Pension Fund") and the Pension Fund's Boards of Trustees (collectively "Plaintiffs") hereby move for leave to file the Plaintiffs' First Amended Complaint, which is attached hereto as Exhibit "A." The grounds for this motion are as follows:

1. Federal Rule of Civil Procedure 15(a) allows for the amendment of pleadings upon leave of the court. The Rule specifies that "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).

2. Plaintiffs seek to amend their complaint to correct an error. Paragraph 13 of the original Complaint stated that Article XII, section 5 of the Collective Bargaining Agreement between the Defendant Arista Management Inc. ("Qualicare") and the union, SEIU Local 79, obligated the employer to make contributions of $.20 per hour worked to the Plaintiff Pension Fund. Paragraph 13 should have cited to an Appendix of the collective bargaining agreement

which obligates the employer to contribute $.20 per paid hour, and not to Article XII, section 5.

3. The Plaintiffs' First Amended Complaint corrects the error. It is in the interest of justice for the Plaintiffs' pleading to state its allegations correctly and free of mistakes.

4. This motion is made prior the passage of the deadline for amending pleadings. The parties' Joint Meet & Confer Statement in this case set January 6, 2006 as the deadline for amending pleadings.

5. Defendant will not be prejudiced by the amendment as the amendment is largely technical and discovery is ongoing.

6. Prior to filing the motion, Plaintiff's Counsel attempted to contact opposing counsel to inquire as to whether the motion will be opposed. Unfortunately, Plaintiff's counsel was unable to reach any of the Defendant's attorneys. Plaintiff's Counsel will supplement this motion to add a statement of whether the motion is opposed as soon as opposing counsel can be reached.

Wherefore, the Plaintiffs' request that the Court grant this motion and grant the Plaintiffs leave to file their First Amended Complaint.

Dated: January 6, 2006                                    Respectfully submitted.


                                                          /s/
                                                          Thomas J. Hart
                                                          Karen J. Ward
                                                          Slevin & Hart, P.C.
                                                          1625 Massachusetts Avenue, N.W.
                                                          Suite 450
                                                          Washington, D.C. 20036
                                                          (202)797-8700 (Telephone)
                                                          (202)234-8231 (Facsimile)

                                                          Attorneys for the Plaintiffs

**Certificate of Service**

      I certify that on this 6th day of January, 2006, I caused the foregoing Initial Disclosures to be served by electronic and U.S. mail, with postage pre-paid, to:

>Joseph P. Rejano
>Kitch, Drutchas, Wagner, Valitutti & Sherbrook
>One Woodward Avenue, Suite 2400
>Detroit, MI 48226-5485
>joseph.rejano@kitch.com
>
>John C. Lowe
>John Lowe, P.C.
>5920 Searl Terrace
>Bethesda, MD 20816
>john.lowe@finnegan.com
>
>Attorneys for Defendant

                                         /s/
                              Brian Petruska

H:\Users\BJP\310   SEIU Indus Pension Fund\310.112  Qualicare\Motion for Leave to Amend.wpd