IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL ) <br> UNION NATIONAL INDUSTRY ) <br> PENSION FUND et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARISTA MANAGEMENT INC. ) <br> d/b/a QUALICARE NURSING HOME ) <br> INCORPORATED, ) <br> ) <br> Defendant. ) | Civil Action No. 05-cv-01606(RJL) |

**PROPOSED ORDER**

Before the Court is the Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint. Upon good cause shown, the motion is **GRANTED.**

**SO ORDERED.**

_____
**RICHARD J. LEON**
**United States District Judge**