IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-cv-01606(RJL) |

NOTICE THAT MOTION FOR LEAVE TO FILE
PLAINTIFFS' FIRST AMENDED COMPLAINT IS UNOPPOSED

PLEASE TAKE NOTICE that the Defendant, through its counsel, has informed the Plaintiffs that Defendant does not oppose the Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint, which the Plaintiffs filed on January 6, 2006.

Dated: January 9, 2006                                   Respectfully submitted.

                                                          /s/
                                                    Thomas J. Hart
                                                    Karen J. Ward
                                                    Slevin & Hart, P.C.
                                                    1625 Massachusetts Avenue, N.W.
                                                    Suite 450
                                                    Washington, D.C. 20036
                                                    (202)797-8700 (Telephone)
                                                    (202)234-8231 (Facsimile)

                                                    Attorneys for the Plaintiffs

**Certificate of Service**

I certify that on this 9th day of January, 2006, I caused the foregoing Initial Disclosures to be served by electronic and U.S. mail, with postage pre-paid, to:

> Joseph P. Rejano
> Kitch, Drutchas, Wagner, Valitutti & Sherbrook
> One Woodward Avenue, Suite 2400
> Detroit, MI 48226-5485
> joseph.rejano@kitch.com
>
> John C. Lowe
> John Lowe, P.C.
> 5920 Searl Terrace
> Bethesda, MD 20816
> john.lowe@finnegan.com
>
> Attorneys for Defendant

>  /s/
> Brian Petruska

H:\Users\BJP\310  SEIU Indus Pension Fund\310.112  Qualicare\NOTICE of No Opposition.wpd