UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C. 20005,<br><br>    Plaintiff,<br><br>v<br><br>ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED,<br>695 East Grand Boulevard<br>Detroit, Michigan 48207,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No.: 05-CV-01606 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AFFIRMATIVE DEFENSES**

NOW COMES the defendant herein, by its attorneys, KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK, and by way of Affirmative Defenses, states that it will rely upon and insist in its defense and demands reply hereto:

1.    That any alleged damages sustained by the plaintiffs were proximately caused totally, or in part, by plaintiffs' negligence and/or willful acts and that any recovery by plaintiffs must, therefore, be diminished in whole or in part.

2. The plaintiffs' Amended Complaint and the relief sought therein is barred in whole or in part by the legal and equitable doctrines of waiver, estoppel, unclean hands, and laches.

3. Plaintiffs failed to make every reasonable effort to mitigate, prevent and/or reduce their alleged damages and injuries.

4. That defendant reserves the right to add to its answer and to rely upon all affirmative defenses as may be hereafter disclosed by way of discovery.

WHEREFORE, defendant prays that this suit be dismissed as to it, with costs and attorneys' fees to this defendant most unjustly sustained.

Respectfully submitted,

KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK


By:  s/Karen B. Berkery

KAREN B. BERKERY (P38698)
Attorneys for Defendant ARISTA
MANAGEMENT INC. d/b/a
QUALICARE NURSING HOME
INCORPORATED
One Woodward Avenue, Suite 2400
Detroit, MI 48226-5485
313-965-7448
karen.berkery@kitch.com

s/John C. Lowe
John C. Lowe
John Lowe, P.C.
5920 Searl Terrace
Bethesda, MD  20816
Phone 301-320-5595
Fax 301-320-8878
johnlowe@johnlowepc.com
Co-counsel for Defendant Arista
Management Inc. d/b/a Qualicare Care
Nursing Home, Inc.

Dated:  January 20, 2006