UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, <br><br> Defendant. | Civil Action No. 05-cv-01606(RJL) |

**PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT**

Comes now the Service Employees International Union National Industry Pension Fund ("Pension Fund") and the Pension Fund's Boards of Trustees (collectively "Plaintiffs"), to move for summary judgment pursuant to Federal Rule of Civil Procedure 56 on the ground that there are no genuine disputes of material fact relevant to the Plaintiffs' claims and that Plaintiffs are entitled to judgment on their claims as a matter of law. Based upon the instant motion, the Memorandum of Law in Support of the Motion, and the supporting affidavits and documents, Plaintiffs respectfully request that the Court enter an Order awarding summary judgment to the Plaintiffs and enter judgment on their claims awarding the following relief:

1. Declaring that Defendant is delinquent in its contributions to the Pension Fund pursuant to the Collective Bargaining Agreement;

2. Entering judgment in the amount of $48,933.44 for delinquent contributions Defendant owes to the Pension Fund, interest on those delinquencies, liquidated

damages, and audit costs, as required by the Collective Bargaining Agreements, the Trust Agreement and by Section 502 (g)(2) of ERISA, 29 U.S.C. § 1132(g)(2);

3. Restraining and enjoining the Defendant, its officers, agents, servants, attorneys, successors, assigns and all persons acting on its behalf or in conjunction with it from failing or refusing to pay to the Plaintiffs all amounts, including contributions, interest, liquidated damages, and costs due to the Pension Fund for which Defendant is obligated to make payments under the terms of a collective bargaining agreement;

4. Awarding Plaintiffs' attorney's fees in an amount to be determined by a submission filed within fourteen days of the Order granting summary judgment; and

5. Retaining jurisdiction of this case pending compliance with its Orders.

Respectfully submitted,

/s/
Thomas J. Hart, Esq. (DC Bar No. 165647)
Karen J. Ward, Esq. (DC Bar No. 443340)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
202-797-8700 (Telephone)
202-234-8231 (Facsimile)

Dated: March 24, 2006            Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I certify that on this 24th day of March, 2006, I caused the foregoing Motion for Summary Judgment, Memorandum of Law in Support, and supporting affidavits and exhibits be served by overnight mail to:

        Karen Berkery, Esq.
        Kitch, Drutchas, Wagner, Valitutti & Sherbrook
        One Woodward Avenue, Suite 2400
        Detroit, MI 48226-5485

        John C. Lowe
        John Lowe, P.C.
        5920 Searl Terrace
        Bethesda, MD 20816

        Attorneys for Defendant

          /s/
        Joshua Grant