UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-cv-01606(RJL)

## INDEX OF EXHIBITS

Comes now the Service Employees International Union National Industry Pension Fund ("Pension Fund") and the Pension Fund's Boards of Trustees (collectively "Plaintiffs"), to submit the following exhibits support of their Motion for Summary Judgment:

1. Affidavit of Lori Wood, dated March 24, 2006, with the following attachments:
    Exhibit A – Qualicare/SEIU Local 79 Collective Bargaining Agreement
    Exhibit B – SEIU Nat'l Indus. Pension Fund Trust Agreement,
    Exhibit C – SEIU Nat'l Indus. Pension Fund Collection Policy,
    Exhibit D – Demand Letters to Qualicare;

2. Affidavit of Mariam Gibbs, dated March 24, 2006, , with the following attachments:
    Exhibit A – Spreadsheet of Audit Findings,
    Exhibit B – Memorandum of Audit Findings;

3. Affidavit of Joshua Grant, dated March 24, 2006, , with the following attachments:
    Exhibit A – Consent Judgment in Michigan Lawsuit,
    Exhibit B – Spreadsheet of Amounts due as of March 24, 2006.

Dates: March 24, 2006

                                    /s/
                              Thomas J. Hart
                              Slevin & Hart, P.C.
                              1625 Massachusetts Avenue, NW
                              Suite 450
                              Washington DC 20036
                              (202) 797-8700 (tel)
                              (202) 234-8231 (fax)

                              Attorneys for Plaintiff