

# SEIU
## National Industry Pension Fund

1313 L Street, NW
Washington, DC 20005
202/639-0890 • 800/458-1010

## MEMORANDUM

To: Lori Wood                           From: Miriam Gibbs

Re: Qualicare Nursing Home              Date: December 10, 2004
    Employer #1351 – 02N
    Site # 2031
    Local 79

### Purpose
A full audit was done to determine if proper pension contributions were remitted to the National Industry Pension Fund (NIPF), on behalf of all members covered, in accordance with the Collective Bargaining Agreement (CBA). A random audit was done on May 17, 2002, which recommended that a full audit be completed.

### Scope
Contributions made for calendar years 2000 through 2003. A full audit was conducted in Detroit, MI at the corporate office (Ciena Healthcare) of Qualicare Nursing Home on October 4-7, 2004.

### Source/Background
Diane Pacella – Qualicare Nursing Home (Ciena Healthcare) (248) 386-0300 ext. 225. Diane Pacella submitted Payroll Check Registers, Employee History, 941's, 940's and W-3's.

### Collective Bargaining Agreement (CBA)
There are three agreements which cover the audited period of 2000 through 2003. The first agreement is made and entered into as of the first day of May, 1998, by and between the Nursing & Convalescent Home Employees Division of Local 79, Service Employees International Union, AFL-CIO, hereinafter referred to as the "Union" and Qualicare Nursing Home hereinafter referred to as the "Employer". The terms of this agreement shall become operative on the first day of May, 1998, and shall continue to be in operation thereafter through the 30th day of April, 2001, and shall be automatically renewed from year to year thereafter unless either party hereto gives to the other party a notice in writing not less than ninety (90) days prior to the first day of May, 1998, or not less than ninety (90) days prior to the first day of May each year thereafter. The second signed cba dated May

REGIONAL OFFICE
Suite #302
642 Harrison Street
San Francisco, CA. 94107-1351
415/905-8484



1, 2001 through April 30, 2003 is actually the exact same cba as the prior one, the cover sheet is the only difference. There is a addendum agreement page which list the wage increases, the duration and the following sentence. All other provisions in the contract agreed to shall stay the same. Per Diane Pacella, there is a new cba, it is being signed and as soon as they have a completed copy, she will forward it to me.

**Article I. Recognition**
Section 1. The employer recognizes the Union as the exclusive bargaining agent for all Dietary, Housekeeping, Maintenance, Nursing Assistants; but specifically excluding all administrators, directors of nursing, registered nurses, guards, clerical employees, all licensed practical nurses, drivers and supervisors as defined by the Act, and will bargain in good faith with the Union on all matters of wages, hours and terms and conditions of employment affecting these employees.
Section 2. It shall also be a condition of employment that all employees covered by this Agreement and hired on or after its effective date, shall on the sixtieth (60th) day following the beginning of such employment become and remain members in the Union.
Section 3. All new employees hired shall be considered probationary employees until the completion of sixty (60) calendar days from their date of hire. After completion of the probationary period, employees shall be considered permanent employees and entitled to the benefits of this Agreement.

**Appendix - Pension**
Section 1. Coverage. The Employer agrees to make periodic contributions on behalf of employees covered by this Collective Bargaining Agreement to the SEIU National Industry Pension Fund (hereinafter, "Fund") in the amounts specified in section 3 below.
Section 3. Contributions. As of May 1, 1999, the Employer agrees to contribute to the Fund an additional $0.10 (10 cents) per paid hour (total $0.20 per hour) for all employees covered by the Agreement, from the employee's initial date of employment (or any period up to but not in excess of one (1) year of employment) or May 1, 1999, whichever is later.

**SEIU Health and Welfare Fund**
This employer does not participate in the SEIU Health and Welfare Fund.

**Audit Procedures/Results**
The payroll for Qualicare is done in house, using MDI-Management Data Information. The bookkeeper at the site prepares the remittance reports each month on a cash basis. Using the reported hours in the system, spreadsheets were prepared for each year comparing hours reported with hours required. Required hours were determined as outlined in the CBA and as reported on the employer supplied payroll records. Under payments and /or over payments were calculated based on the contribution rate stated in the applicable CBA. Qualicare has nineteen (19) payroll departments. Five (5) departments are covered with the CBA. Using their payroll registers, employees with the following department numbers; 122-Aides, 501-Dietary, 601-Plant & Maintenance, 611-Housekeeping and 622-Laundry, were reviewed comparing required hours as outlined in the CBA.

Upon reviewing the Payroll Registers several employees listed in the various reportable departments were not reported to the Fund. A list was given to Ms. Pacella for the reasons these employees were not reported to the Fund. Some were supervisors, others did not work at least sixty (60) days (probationary period) and the others were just unreported. Also, some employees work at multiple sites and they get missed. The hire/term dates for some employees are incorrect. A fax has been sent to Diane Pacella for the correct dates, it has not been responded to. In every year audited, not only were there employees not reported, also all paid hours for the reported employees were not reported. Also in some three pay period months, the third payroll was not reported. Per Ms. Pacella, Qualicare has not had the best bookkeepers.

For the year:
2000 – Hours were under reported by **30,458.44** hours resulting in an **underpayment of $6,091.69**.
2001 – Hours were under reported by **34,893.11** hours resulting in an **underpayment of $6,978.62**.
2002 – Hours were under reported by **34,489.07** hours resulting in an **underpayment of $6,897.81**.
2003 – Hours were under reported by **44,166.34** hours resulting in an **underpayment of $8,833.27**.

The total due for 2000 through 2003 is **$28,801.39**.

**Corrections**
A list of corrections was emailed to Tearyn Parroff on October 21, 2004. A copy is in the file.