**QUALICARE NURSING HOME/ARISTA MANAGEMENT**

<u>Amounts Due for 1/00-12/03 Delinquent Contributions Discovered by Audit</u>

| Contribution Month | Contributions Amount Due | Contribution Due Date | Interest Rate | Interest End Date | Accrued Interest | Liquidated Damages Rate | Liquidated Damages | Total Amounts Due |
|---|---|---|---|---|---|---|---|---|
| Jan-00 | $743.10 | 02/20/00 | 10% | 03/31/06 | $454.21 | = interest | $454.21 | $1,651.51 |
| Feb-00 | $320.10 | 03/20/00 | 10% | 03/31/06 | $193.11 | = interest | $193.11 | $706.32 |
| Mar-00 | $333.18 | 04/20/00 | 10% | 03/31/06 | $198.17 | = interest | $198.17 | $729.53 |
| Apr-00 | $302.93 | 05/20/00 | 10% | 03/31/06 | $177.69 | = interest | $177.69 | $658.31 |
| May-00 | $497.44 | 06/20/00 | 10% | 03/31/06 | $287.56 | = interest | $287.56 | $1,072.56 |
| Aug-00 | $436.42 | 09/20/00 | 10% | 03/31/06 | $241.29 | = interest | $241.29 | $918.99 |
| Sep-00 | $999.03 | 10/20/00 | 10% | 03/31/06 | $544.13 | = interest | $544.13 | $2,087.29 |
| Oct-00 | $400.01 | 11/20/00 | 10% | 03/31/06 | $213.89 | = interest | $213.89 | $827.78 |
| Jan-01 | $679.00 | 02/20/01 | 10% | 03/31/06 | $346.94 | = interest | $346.94 | $1,372.88 |
| Feb-01 | $506.68 | 03/20/01 | 10% | 03/31/06 | $255.01 | = interest | $255.01 | $1,016.69 |
| Mar-01 | $544.13 | 04/20/01 | 10% | 03/31/06 | $269.23 | = interest | $269.23 | $1,082.60 |
| Apr-01 | $557.71 | 05/20/01 | 10% | 03/31/06 | $271.37 | = interest | $271.37 | $1,100.45 |
| May-01 | $582.45 | 06/20/01 | 10% | 03/31/06 | $278.46 | = interest | $278.46 | $1,139.37 |
| Jun-01 | $523.87 | 07/20/01 | 10% | 03/31/06 | $246.15 | = interest | $246.15 | $1,016.16 |
| Jul-01 | $755.45 | 08/20/01 | 10% | 03/31/06 | $348.54 | = interest | $348.54 | $1,452.53 |
| Aug-01 | $1,170.24 | 09/20/01 | 10% | 03/31/06 | $529.97 | = interest | $529.97 | $2,230.19 |
| Sep-01 | $684.50 | 10/20/01 | 10% | 03/31/06 | $303.54 | = interest | $303.54 | $1,291.57 |
| Oct-01 | $436.07 | 11/20/01 | 10% | 03/31/06 | $189.68 | = interest | $189.68 | $815.43 |
| Nov-01 | $438.26 | 12/20/01 | 10% | 03/31/06 | $187.04 | = interest | $187.04 | $812.34 |
| Dec-01 | $100.26 | 01/20/02 | 10% | 03/31/06 | $42.05 | = interest | $42.05 | $184.37 |
| Jan-02 | $688.35 | 02/20/02 | 10% | 03/31/06 | $282.88 | = interest | $282.88 | $1,254.12 |
| Feb-02 | $566.65 | 03/20/02 | 10% | 03/31/06 | $228.52 | = interest | $228.52 | $1,023.70 |
| Mar-02 | $1,240.62 | 04/20/02 | 10% | 03/31/06 | $489.79 | = interest | $489.79 | $2,220.20 |
| Apr-02 | $632.00 | 05/20/02 | 10% | 03/31/06 | $244.32 | = interest | $244.32 | $1,120.63 |
| May-02 | $479.90 | 06/20/02 | 10% | 03/31/06 | $181.44 | = interest | $181.44 | $842.78 |
| Jun-02 | -$1.92 | 07/20/02 | | | | | | -$1.92 |
| Jul-02 | $515.43 | 08/20/02 | 10% | 03/31/06 | $186.26 | = interest | $186.26 | $887.95 |
| Aug-02 | $1,162.27 | 09/20/02 | 10% | 03/31/06 | $409.02 | = interest | $409.02 | $1,980.30 |
| Sep-02 | $585.90 | 10/20/02 | 10% | 03/31/06 | $201.38 | = interest | $201.38 | $988.67 |
| Oct-02 | $494.78 | 11/20/02 | 10% | 03/31/06 | $165.87 | = interest | $165.87 | $826.53 |
| Nov-02 | -$72.66 | 12/20/02 | | | | | | -$72.66 |
| Dec-02 | $606.49 | 01/20/03 | 10% | 03/31/06 | $193.74 | = interest | $193.74 | $993.98 |
| Jan-03 | $1,528.40 | 02/20/03 | 10% | 03/31/06 | $475.27 | = interest | $475.27 | $2,478.94 |
| Feb-03 | $470.07 | 03/20/03 | 10% | 03/31/06 | $142.57 | = interest | $142.57 | $755.20 |
| Mar-03 | $480.15 | 04/20/03 | 10% | 03/31/06 | $141.55 | = interest | $141.55 | $763.24 |
| Apr-03 | $528.06 | 05/20/03 | 10% | 03/31/06 | $151.33 | = interest | $151.33 | $830.72 |
| May-03 | $190.37 | 06/20/03 | 10% | 03/31/06 | $52.94 | = interest | $52.94 | $296.25 |
| Jun-03 | $517.65 | 07/20/03 | 10% | 03/31/06 | $139.69 | = interest | $139.69 | $797.04 |
| Jul-03 | $784.53 | 08/20/03 | 10% | 03/31/06 | $204.49 | = interest | $204.49 | $1,193.51 |
| Aug-03 | $1,660.76 | 09/20/03 | 10% | 03/31/06 | $418.82 | = interest | $418.82 | $2,498.40 |
| Sep-03 | $824.90 | 10/20/03 | 10% | 03/31/06 | $201.27 | = interest | $201.27 | $1,227.43 |
| Oct-03 | $726.52 | 11/20/03 | 10% | 03/31/06 | $171.58 | = interest | $171.58 | $1,069.68 |
| Nov-03 | $178.37 | 12/20/03 | 10% | 03/31/06 | $40.66 | = interest | $40.66 | $259.69 |
| Dec-03 | 943.49 | 01/20/04 | 10% | 03/31/06 | $207.05 | = interest | $207.05 | $1,357.59 |
| **Total** | **$26,741.91** | | | | **Total $10,508.47** | | **Total $10,508.47** | **Total $47,758.84** |

Audit Costs $1,174.60

Total Due $48,933.44