IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 05-cv-01606(RJL)<br>)<br>) |
| v. | )<br>) |
| ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER & JUDGMENT

Before the Court is the Plaintiffs' Motion for Summary Judgment. Premises considered, and upon good cause shown, the motion is **GRANTED.**

It hereby is **ORDERED** as follows:

1. Defendant Arista Management, Inc., d/b/a Qualicare Nursing Home Inc., is delinquent in its contributions to the Plaintiff SEIU National Industry Pension Fund pursuant to the Collective Bargaining Agreement;

2. Judgment in favor of the Plaintiff SEIU National Industry Pension Fund is entered in the amount $48,933.44 (Forty-Eight Thousand, Nine Hundred Thirty-Three Dollars and Forty-Four Cents) for delinquent contributions Defendant owes to the Plaintiff Fund, interest on those delinquencies, liquidated damages, and audit costs, as required by the Collective Bargaining Agreements, the Trust Agreement and by Section 502 (g)(2) ERISA, 29 U.S.C. § 1132(g)(2); and

3. Plaintiff is entitled to attorney's fees in an amount to be determined by a submission filed within fourteen days of the Order granting summary judgment.

**SO ORDERED.**

_____
**RICHARD J. LEON**
**United States District Judge**