UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-cv-01606(RJL) |

**ERRATA:
SUBSTITUTION OF REDACTED EXHIBITS**

The Service Employees International Union National Industry Pension Fund ("Fund") and the Fund's Boards of Trustees (collectively "Plaintiffs"), substitute the following redacted exhibits in place of certain exhibits, filed in support of their Motion for Summary Judgment (Doc. # 11), that inadvertently were filed with unredacted social security numbers on them.  The redacted versions remove the social security numbers from the exhibits.  The redacted exhibits submitted herewith are as follows:

1. Exhibit D to the Affidavit of Lori Wood, dated March 24, 2006, Demand Letters to Qualicare, substituted for Doc. # 11, Part 7;

2. Exhibit A to the Affidavit of Mariam Gibbs, dated March 24, 2006, Spreadsheet of Audit Findings, substituted for Doc. # 11, Part 9.

Dates: March 27, 2006

                                                    /s/
                                    Thomas J. Hart
                                    Slevin & Hart, P.C.
                                    1625 Massachusetts Avenue, NW
                                    Suite 450
                                    Washington DC 20036
                                    (202) 797-8700 (tel)
                                    (202) 234-8231 (fax)

                                    Attorneys for Plaintiff