UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND | ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND 1343 L Street, N.W. Washington, D.C.  20005, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) | |
| v | ) ) | |
| ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, 695 East Grand Boulevard Detroit, Michigan 48207, | ) ) ) | Civil Case No.:  05cv1606(RJL) |
| Defendant. | ) ) ) ) ) ) | |

## ORDER

This matter having come before the Court,  the Court finds that there remain genuine issues of material fact in dispute in this matter and Plaintiffs' Motion for Summary Judgment is therefore denied.

SO ORDERED:


_____    _____
Date                              Richard J. Leon, United States District Judge