**Index of Exhibits**

| | |
|---|---|
| **Exhibit A** | 1998-2001 Collective Bargaining Agreement |
| **Exhibit B** | 2001-2003 Collective Bargaining Agreement |
| **Exhibit C** | Letter Protesting Inaccurate-Audit Calculations |
| **Exhibit D** | Trust Statement Policy for Collection of Delinquent Contributions |

DET02\1103062.1