# ADDENDUM AGREEMENT

## Appendix "A" - Wage Schedule

Minimum hourly wage rates after completion of the probationary period.

Effective October 1, 2002, Alpha Annex, Alpha Manor, Barton, Eastwood, New Detroit, Qualicare, & Westwood Nursing Homes.

| Classification | 60 Days | 6 months 1040 hours p/t | 1 year 2080 p/t |
|---|---|---|---|
| Dietary Dept. | | | |
| Cook I (cooks lunch & dinner) | $8.95 | $9.28 | $10.40 |
| Cook II (swing relief) | $8.95 | $9.28 | $10.35 |
| Cook III (cooks breakfast) | $8.95 | $9.28 | $10.30 |
| Cook IV (cooks helper) | $8.95 | $9.28 | $10.15 |
| Dietary Aide | $8.95 | $9.28 | $10.00 |
| House Keeping Dept. | $8.95 | $9.28 | $10.00 |
| Maintenance Dept. | $8.95 | $9.28 | $10.00 |
| Nursing Dept. | | | |
| C.E.N.A. | $8.95 | $9.28 | $10.00 |

The above wage scale includes the year October 1, 2002 through April 30, 2003.

TENTATIVE AGREEMENT

Between

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 79, AFL-CIO

And

WESTWOOD NURSING CENTER
BARTON NURSING HOME, INC.
ALPHA-ANNEX NURSING CENTER
NEW DETROIT NURSING CENTER

NOW COME the parties and hereby agree that the following wage increases for the Collective Bargaining Agreement between the parties are effective through April 30, 2003:

1.  Effective May 20, 2002, the employees will receive a .25¢ increase after completion of their probationary period;

2.  Effective October 1, 2002, the employees will receive a .25¢ increase after completion of their probationary period.

Signed this __5__ day of ___June___ 2002.

FOR THE EMPLOYERS:

FOR THE UNION:
NURSING & CONVALESCENT HOME
EMPLOYEES DIVISION OF LOCAL 79,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

NEW DETROIT NURSING CTR.

BY: _____
DANIEL W. JAMES
Title:    Administrator

BY: _____
WILLIE HAMPTON, President

BY: _____
JOYCE PEARSON, Business
Representative

TENTATIVE AGREEMENT
APPENDIX "A" — WAGE SCALE

Between

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 79, AFL-CIO

And

WESTWOOD NURSING CENTER
BARTON NURSING HOME, INC.
ALPHA-ANNEX NURSING CENTER
NEW DETROIT NURSING CENTER

The following shall be the wage scale for employees upon completion of the probationary period, effective May 20, 2002:

CLASSIFICATION:

| Dietary Dept. | 60 days | 1040 P.T.<br>6 months | 2080 P.T.<br>1 year |
|---|---|---|---|
| Cook I — cook lunch and dinner | $8.70 | $9.03 | $10.15 |
| Cook II — swing relief cook | $8.70 | $9.03 | $10.10 |
| Cook III — cook breakfast | $8.70 | $9.03 | $10.05 |
| Cook IV — cook helper | $8.70 | $9.03 | $ 9.90 |
| Dietary Aides | $8.70 | $9.03 | $ 9.75 |
| Housekeeping Dept. | $8.70 | $9.03 | $ 9.75 |
| Maintenance Dept. | $8.70 | $9.03 | $ 9.75 |
| Nursing CENA | $8.70 | $9.03 | $ 9.75 |

The following shall be the wage scale for employees upon completion of the probationary period, effective October 1, 2002:

CLASSIFICATION:

| Dietary Dept. | 60 days | 1040 P.T. 6 months | 2080 P.T. 1 year |
|---|---|---|---|
| Cook I – cook lunch and dinner | $8.95 | $9.28 | $10.40 |
| Cook II – swing relief cook | $8.95 | $9.28 | $10.35 |
| Cook III – cook breakfast | $8.95 | $9.28 | $10.30 |
| Cook IV – cook helper | $8.95 | $9.28 | $10.15 |
| Dietary Aide | $8.95 | $9.28 | $10.00 |
| Housekeeping Dept. Housekeeping aide | $8.95 | $9.28 | $10.00 |
| Maintenance Dept. Maintenance employee | $8.95 | $9.28 | $10.00 |
| Nursing Dept. CENA | $8.95 | $9.28 | $10.00 |

The above wage scales include and incorporate the negotiated wage increases between the parties from May 20, 2002 through April 30, 2003

Signed this _5_ day of _June_ 2002.

FOR THE EMPLOYERS:    FOR THE UNION:
NURSING & CONVALESCENT HOME
EMPLOYEES DIVISION OF LOCAL 79,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

NEW DETROIT NURSING CTR.

BY: _____    BY: _____
DANIEL W. JAMES    WILLIE HAMPTON, President
Title:    Administrator

BY: _____
JOYCE PEARSON, Business
Representative

0004-3515

BARTON NURSING HOME, INC.

BY: _Daniel W. James_
      DANIEL W. JAMES
Title:     Administrator


ALPHA ANNEX NURSING CTR

BY: _____
      CHARLES DUNN
Title:     Administrator


WESTWOOD NURSING CTR

BY: _____
      CHARLES DUNN
Title:     Administrator

BARTON NURSING HOME, INC.

BY: _____
     DANIEL W. JAMES
Title:    Administrator


ALPHA ANNEX NURSING CTR

BY: _____
     CHARLES DUNN
Title:    Administrator


WESTWOOD NURSING CTR

BY: _____
     CHARLES DUNN
Title:    Administrator

# TENTATIVE AGREEMENT

### Between

## SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 79, AFL-CIO

### And

### WESTWOOD NURSING CENTER
### BARTON NURSING HOME, INC.
### ALPHA-ANNEX NURSING CENTER
### NEW DETROIT NURSING CENTER

NOW COME the parties and hereby agree that the following wage increases for the Collective Bargaining Agreement between the parties are effective through April 30, 2003:

1. Effective May 20, 2002, the employees will receive a .25¢ increase after completion of their probationary period;

2. Effective October 1, 2002, the employees will receive a .25¢ increase after completion of their probationary period.

Signed this _10_ day of _June_ 2002.

FOR THE EMPLOYERS:

FOR THE UNION:
NURSING & CONVALESCENT HOME
EMPLOYEES DIVISION OF LOCAL 79,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

NEW DETROIT NURSING CTR.

BY:_____
    DANIEL W. JAMES
Title:    Administrator

BY:_____
WILLIE HAMPTON, President

BY:_____
JOYCE PEARSON, Business
Representative

TENTATIVE AGREEMENT
APPENDIX "A" – WAGE SCALE


Between


SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 79, AFL-CIO


And


WESTWOOD NURSING CENTER
BARTON NURSING HOME, INC.
ALPHA-ANNEX NURSING CENTER
NEW DETROIT NURSING CENTER

The following shall be the wage scale for employees upon completion of the probationary period, effective May 20, 2002:


CLASSIFICATION:

| Dietary Dept. | 60 days | 1040 P.T.<br>6 months | 2080 P.T.<br>1 year |
|---|---|---|---|
| Cook I – cook lunch and dinner | $8.70 | $9.03 | $10.15 |
| Cook II – swing relief cook | $8.70 | $9.03 | $10.10 |
| Cook III – cook breakfast | $8.70 | $9.03 | $10.05 |
| Cook IV – cook helper | $8.70 | $9.03 | $ 9.90 |
| Dietary Aides | $8.70 | $9.03 | $ 9.75 |
| Housekeeping Dept. | $8.70 | $9.03 | $ 9.75 |
| Maintenance Dept. | $8.70 | $9.03 | $ 9.75 |
| Nursing CENA | $8.70 | $9.03 | $ 9.75 |

The following shall be the wage scale for employees upon completion of the probationary period, effective October 1, 2002:

CLASSIFICATION:

| Dietary Dept. | 60 days | 1040 P.T. 6 months | 2080 P.T. 1 year |
|---|---|---|---|
| Cook I – cook lunch and dinner | $8.95 | $9.28 | $10.40 |
| Cook II – swing relief cook | $8.95 | $9.28 | $10.35 |
| Cook III – cook breakfast | $8.95 | $9.28 | $10.30 |
| Cook IV – cook helper | $8.95 | $9.28 | $10.15 |
| Dietary Aide | $8.95 | $9.28 | $10.00 |
| Housekeeping Dept. Housekeeping aide | $8.95 | $9.28 | $10.00 |
| Maintenance Dept. Maintenance employee | $8.95 | $9.28 | $10.00 |
| Nursing Dept. CENA | $8.95 | $9.28 | $10.00 |

The above wage scales include and incorporate the negotiated wage increases between the parties from May 20, 2002 through April 30, 2003

Signed this _10_ day of _____ 2002.

FOR THE EMPLOYERS:

FOR THE UNION:
NURSING & CONVALESCENT HOME
EMPLOYEES DIVISION OF LOCAL 79,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

NEW DETROIT NURSING CTR.

BY:_____
    DANIEL W. JAMES
Title:    Administrator

BY:_____
WILLIE HAMPTON, President

BY:_____
JOYCE PEARSON, Business
Representative

00042515

BARTON NURSING HOME, INC.

BY: _____
     DANIEL W. JAMES
Title:    Administrator

ALPHA ANNEX NURSING CTR

BY: _____
     CHARLES DUNN
Title:    Administrator

WESTWOOD NURSING CTR

BY: _____
     CHARLES DUNN
Title:    Administrator

0004251-4

The following shall be the wage scale for employees upon completion of the probationary period, effective October 1, 2002:

CLASSIFICATION:

| Dietary Dept. | 60 days | 1040 P.T. 6 months | 2080 P.T. 1 year |
|---|---|---|---|
| Cook I – cook lunch and dinner | $8.95 | $9.28 | $10.40 |
| Cook II – swing relief cook | $8.95 | $9.28 | $10.35 |
| Cook III – cook breakfast | $8.95 | $9.28 | $10.30 |
| Cook IV – cook helper | $8.95 | $9.28 | $10.15 |
| Dietary Aide | $8.95 | $9.28 | $10.00 |
| Housekeeping Dept. Housekeeping aide | $8.95 | $9.28 | $10.00 |
| Maintenance Dept. Maintenance employee | $8.95 | $9.28 | $10.00 |
| Nursing Dept. CENA | $8.95 | $9.28 | $10.00 |

The above wage scales include and incorporate the negotiated wage increases between the parties from May 20, 2002 through April 30, 2003

Signed this 5 day of June 2002.

FOR THE EMPLOYERS:

FOR THE UNION:
NURSING & CONVALESCENT HOME
EMPLOYEES DIVISION OF LOCAL 79,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

NEW DETROIT NURSING CTR.

BY: _____
    DANIEL W. JAMES
Title:    Administrator

BY: _____
WILLIE HAMPTON, President

BY: _____
JOYCE PEARSON, Business
Representative

000-2515

BARTON NURSING HOME, INC.

BY: _Daniel W. James_
    DANIEL W. JAMES
Title:    Administrator

ALPHA ANNEX NURSING CTR

BY: _____
        CHARLES DUNN
Title:    Administrator

WESTWOOD NURSING CTR

BY: _____
        CHARLES DUNN
Title:    Administrator

APPENDIX "C"

LETTER OF UNDERSTANDING

(STAFFING LEGISLATIVE EFFORTS)

The Employer understands and agrees that its full cooperation and support is necessary to obtain legislative approval for Medicaid funding of reasonable wages and benefits for nursing home workers. The Employer further agrees to give its full support and cooperation with the Union in achieving the necessary levels of funding through the legislature.  .

The Union understands that the financial ability of the Employer to meet the negotiated wage increases and pension contributions is directly dependent on Medicaid funding.

In the event Medicaid funding of these negotiated wage increases and pension contributions is not approved by the legislature, the Union will meet with the Employer and discuss the impact on the nursing homes and mutually plan the effects on the nursing homes of the consequences of inadequate funding.

The Union and Management will jointly inform each bargaining unit member and all appropriate elected officials of the consequences of insufficient Medicaid funding. The Union will explain and conduct a secret ballot vote among the bargaining unit workers as to their acceptance of the potential consequences of inadequate Medicaid funding to allow the Employer to plan and take the necessary action.

The Union and Employer agree to work cooperatively in the legislative process to further improve the quality of patient care and working conditions and living standards of employees in Michigan nursing homes. Toward that end they agree to the following:

1.    To jointly develop and implement a legislative action plan that will result in a substantial increase to the existing wage pass-through provision;

2.    Jointly lobby legislators both in the district and in Lansing.  This could include visits, letters, petitions, pledges, phone calls, etc.

3.    Both parties will actively pursue the political support of their allies within the nursing home industry, labor, other organizations and opinion leaders and work to build an effective coalition to reach our joint goals of better patient care, working conditions and living standards.

## APPENDIX "D"

In accordance with our understanding of ARTICLE 1. RECOGNITION and UNION SECURITY, Section 1, the term 'Housekeeping' includes all custodial employees Further, in the event the Employer performs laundry work, all laundry employees will be covered by all of the terms and conditions of the Agreement between the parties.

COMPANY RECORDS and PAYROLL DEDUCTIONS: The Company agrees that the Union shall have the right to strike, notwithstanding any provisions of the labor agreement, upon ten (10) days written notice to the Company, for failure of the Company to remit to the Union any Union dues and/or Credit Union deductions during the month in which they are deducted. The Employer and Union agree to the establishment of an experimental job classdication of treatment aide, subject to the approval of the Michigan Department of Health and in accordance with the following:

1. The Employer shall determine the number of treatment aide positions, if any;

2. The treatment aide positions shall be filled in accordance with Article XIII., of the Labor Agreement;

3. Employees classified as treatment aides shall be paid twenty (S.20) cents per hour more than the contract rate for Nursing Attendant or twenty (S.20) cents per hour more than their then current rate of pay, whichever is more;

4. The treatment aide classification shall be experimental until November 16, 1979 after which the classification shall be discontinued by the Employer and the employees returned to their former classification or it shall become a permanent classification and rate of pay under

## APPENDIX "E"

## LETTER OF UNDERSTANDING

## (SHORT STAFFING)

1.    The Employer and the Union agree to establish a policy regarding short-staffing to the effect that in the event the Employer fails to schedule sufficient eligible employees to work at the facility for any work week, then any employee who shall be required to work at their station/unit without the usual number of employees scheduled to work at that station/unit, shall be paid time and a half (1/1/2) for each hour worked in that station/unit short staffed.

2.    Whenever "short staffing" occurs due to "call ins" in a nursing unit/floor, the following procedure will take place:

           a) The Employer shall notify the Union steward that a scheduled employee has called off. The Employer and steward shall make all reasonable efforts to contact other employees within that classification to report to work.

           b) In the event no contacted employee reports to work, the steward shall be given the name, telephone numbers and the time the employee was called to work.

3.    In the event the Employer is unable to fill a "call in" absence and the Employer unit/floor must work "short staffed" in violation of State regulations, the remaining employees working on that unit/floor shall be paid a bonus of (2) straight time hours.

4.    In the event of "short staffing" due to "call ins", the Employer will make a reasonable effort to utilize R.N.s and L.P.N.s to assist the C.N.A.s on the unit/floor.

28

## APPENDIX "F"

## LETTER OF UNDERSTANDING

## (WARD CLERK/SUPPLY CLERK)

The Employer, by separate letter agreement, will agree to maintain any ward clerk or supply clerk who currently is a member of the Union and in the bargaining unit in return for the Union's agreement not to require new or additional ward clerks or supply clerks to become members of the bargaining unit.

# APPENDIX "G"

## LETTER OF UNDERSTANDING

### (RESTORATIVE AIDE)

The employees agree to establish a new job classification: "Restorative Aide." The job duties of such classification shall be established by the Employer. Any employee assigned such classification shall receive an additional $.25 per hour through 10/31/99 , with a $.10 increase to a total of $.35 per hour effective 11/1/99 for each hour worked in such classification, subject however to the following conditions:

In the event such employee assigned to such classification cannot work in that job due to the shortage of staffing ratios established by the State of Michigan, then that employee may be assigned to the nurses aides work and will not receive the additional wages above defined.

Eastwood: *Willie C. Scott*

BY: _____

E.B. James:

BY: *Rubye White*

Qualicare:

BY: _____

Westwood:

E.B. James:

BY: *Joyce Swanigan*

New Detroit:

BY: _____

Qualicare:

BY: *Evelyn Brown*

Westwood:

*Mattie Beach*

*Borton*

## SIDE LETTER OF AGREEMENT

The parties intent is that the next contract between the parties will be for a minimum of three (3) years.

## APPENDIX
## Pension

<u>Section 1. Coverage.</u> The Employer agrees to make periodic contributions on behalf of employees covered by this Collective Bargaining Agreement to the Service Employees International Union National Industry Pension Fund (hereinafter, "Fund") in the amounts specified in Section 3 below.

<u>Section 2. Term.</u> The Employer agrees to become and remain a participating employer in the Fund throughout the term of this Collective Bargaining Agreement, including any extension thereof.

<u>Section 3. Contributions</u>

(a)(1). As of May 1, 1999, the Employer agrees to contribute to the Fund an additional $.10 (10 cents) per paid hour (total $.20 per hour) for all employees covered by the Agreement, from the employee's initial date of employment (or any period up to but not in excess of one (1) year of employment) or May 1, 1999, whichever is later.

(b). Contributions required by this provision shall be paid to the Fund on or before the fifteenth day of the month following the period for which contributions are due or on or before such other date as the Trustees may hereafter determine.

(c). Contributions shall be transmitted together with a remittance report containing such information, in such manner, and on such form as may be required by the Trustees of the Fund or their designees.

<u>Section 4. Trust Agreement.</u> The Employer hereby agrees to be bound by the provisions of the Agreement and Declaration of Trust establishing the Fund, as it may from time to time be amended, and by all resolutions and rules adopted by the Trustees pursuant to the powers delegated to them by that Agreement, including collection policies, receipt of which is hereby acknowledged. The Employer hereby designates the Employer members of the Fund's Board of Trustees, or their duly designated successor(s), as its representatives on the Board.

<u>Section 5. Cooperation.</u> The Employer and Union agree to cooperate with the Trustees of the Fund in distribution of Plan booklets, literature, and other documents supplied by the Fund Administrator and in obtaining and providing such census and other data as it may be required by the Fund's Administrator or Trustees to enable them to comply with the applicable provisions of the Employee Retirement Income Security Act (ERISA).

Section 6. Approval by Trustee. The undersigned parties acknowledge that the provisions of this Article and the participation of the employees covered by it are subject to approval by the Trustees of the Fund and that the Trustees reserve the right to terminate, at their sole and unreviewable discretion, the participation of the employees covered by this Agreement and to establish the level(s) of benefits to be provided. Termination may be directed by the Trustees for reasons including, but not limited to, failure of the Employer to timely pay contributions and expiration of a Collective Bargaining Agreement. The parties further acknowledge that the Trustees' acceptance for participation in the Fund of the employees covered by the Collective Bargaining Agreement is limited only to the categories of employment covered by the Collective Bargaining Agreement at the time application for acceptance occurs and the admission of other categories of employment to participate in the Fund will require specific acceptance by the Trustees.

Section 7. Miscellaneous. In the event of any inconsistency between this Appendix and the Collective Bargaining Agreement, the terms of this Appendix shall prevail.

Signed this __18th__ day of __March__ 1998.9

FOR THE EMPLOYER:

ALPHA ANNEX NURSING CENTER

By _____

Title __Business Manager/Owner__

By _____

Title _____

FOR THE UNION:

By _____

PAUL J. POLICICCHIO, President

By _____

WILLIE HAMPTON, Sec.-Treasurer

2

## INDEX

Agreement - 1
Anniversary - 4
Appendix - 23
Bargaining Committee - 19
Bargaining Unit Work - 17
Bereavement Leave - 12
Bulletin Board - 9
Call-in Pay - 3
Check-Off - 2
Cope - 18
Dismissals - 9
Duration - 21
Grievance Procedure - 7
Health & Safety - 21
Health Insurance - 14
Holiday's/Pay - 4
Hours of Work - 2
Jury Duty - 12
Just Cause - 9
Lay-Offs - 6
Leave of Absence - 11
Life Insurance - 14
Lunch Period - 3
Management Responsibilities - 20
Military Service - 13
New Classifications - 10
No Discrimination - 19
No Strike/No Lockout - 9

Job Opportunity - 16
Letters of Understanding - 25, 26, 28, 29, 30
Notice to Union - 9
Overtime - 3
Part-time Benefits - 5
Payday - 18
Pension - 16
Patient Care - 21
Recognition - 1
Rest Period - 3
Restorative Aide - 30
Seniority - 5
Severance Pay - 21
Sick Leave - 11
Stewards - 19
Sub-Contracting - 17
Succession - 20
Steward Seniority - 7
Orientation - 19
Uniform - 17
Union Visitation - 19
Vacancies - 16
Vacations - 10
Weekends Off - 4
Work Week - 2
Pay Shortage - 19
Union Recognition - 20
Wage-Scale - 23