QUALICARE NURSING HOME

August 31, 2005

Re: Payroll review for Employer Number 1351, Site Number 2031

I am writing you in response to your letter dated January 27th 2005 regarding payroll compliance audit by the SEIU auditing staff for the period 2000-2003. According to your audit report there is a discrepancy in hours reported to the Pension Plan. We have reviewed your audit report and found several discrepancies, which are as follows:

> As per SEIU Pension fund documents only "Hours Worked" needs to be reported.
>
> **Definition of Hours Worked**
> By statutory definition the term Hours Worked includes "to suffer or permit to work". Hours worked ordinarily includes all the time during which an employee is necessarily required to be on the employer's premises, on duty or at prescribed work place. Hours Worked, generally, Hours Worked means the period between the time any particular day when such employee commences his/her plrincipal activity and the time on that day at which he/she ceases such principal activity or activities.
>
> Hours reported to the SEIU plan by Qualicare were "Worked Hours", SEIU audit staff made a mistake by including Holiday, Sick and Vacation Hours into the 'Hours Worked" your audit staff added these hours while calculating hours worked.
>
> SEIU audit team made another critical mistake by adding all employees regardless of eligibility. As per SEIU bargaining unit agreement between Qualicare and SEIU all emloyees must complete 60 day probationary period before they become eligible for any benefit. It is found that audit team added hours of those employees who were not eligible to be on the plan.
>
> In the light of above facts we request you to review your audit report and detail analysis of hours worked and make necessary corrections.

| NORTHFIELD | SEIU | | | | | |
|---|---|---|---|---|---|---|
| JANUARY 2001 | | JANUARY 2002 | ($.05) | $223.78 | JANUARY 2003 | ($.10) | $410.90 |
| FEBRUARY 2001 | | FEBRUARY 2002 | ($.05) | $233.59 | FEBRUARY 2003 | ($.10) | $424.43 |
| MARCH 2001 | | MARCH 2002 | ($.05) | $253.62 | MARCH 2003 | ($.10) | $427.88 |
| APRIL 2001 | | APRIL 2002 | ($.05) | $260.63 | APRIL 2003 | ($.10) | $451.30 |
| MAY 2001 | ($.05) $311.58 | MAY 2002 | ($.10) | $526.65 | MAY 2003 | ($.10) | $451.08 |
| JUNE 2001 | ($.05) $271.35 | JUNE 2002 | ($.10) | $489.55 | JUNE 2003 | ($.10) | $415.25 |
| JULY 2001 | ($.05) $408.18 | JULY 2002 | ($.10) | $671.75 | JULY 2003 | ($.10) | $685.10 |
| AUGUST 2001 | ($.05) $273.65 | AUGUST 2002 | ($.10) | $422.08 | AUGUST 2003 | ($.10) | $462.25 |
| SEPTEMBER 2001 | ($.05) $260.34 | SEPTEMBER 2002 | ($.10) | $431.43 | SEPTEMBER 2003 | ($.10) | $456.25 |
| OCTOBER 2001 | ($.05) $259.70 | OCTOBER 2002 | ($.10) | $433.78 | OCTOBER 2003 | ($.15) | $623.29 |
| NOVEMBER 2001 | ($.05) $262.00 | NOVEMBER 2002 | ($.10) | $429.48 | NOVEMBER 2003 | ($.15) | $657.12 |
| DECEMBER 2001 | ($.05) $375.22 | DECEMBER 2002 | ($.10) | $614.15 | DECEMBER 2003 | ($.15) | $905.10 |
| TOTALS | $2,422.02 | | | $4,990.49 | | | $6,369.95 |

$13,782.46

10/14/05

## Middlebelt
## Vendor Activity Report (Paid)
## History

| Vendor Name | User ID | Invoice ID | PO Number | Invoice Number | Invoice Date | Invoice Description | Check Number | Check Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SEIU PEN   SEIU NATIONAL INDUSTRY PENSION FUND | | | | | | | | | |
| | SCOTT | 11686 | | SEIU PENSI | 4/28/04 | 04/28/04 3/1-3/31/04 PENSION PLAN | 3476 | 04/26/04 | $2,433.61 |
| | SCOTT | 11777 | | PENSION | 5/12/04 | 05/12/04 4/1-4/31/04 PENSION FUND | 3499 | 05/10/04 | $2,413.97 |
| | SCOTT | 12204 | | PENSION | 200405 | 05/31/04 5/1-5/31/04 RATIFIED PENSION FUND | 3617 | 07/08/04 | $412.04 |
| | SCOTT | 12008 | | PENSION P | 6/9/04 | 06/09/04 5/1-5/31/04 PENSION PLAN | 3530 | 06/08/04 | $2,472.28 |
| | SCOTT | 12205 | | PENSION | 200406 | 06/30/04 6/1-6/30/04 PENSION FUND | 3628 | 07/08/04 | $2,862.79 |
| | SCOTT | 12443 | | PENSION | 8/4/04 | 08/04/04 7/1-7/31/04 PENSION FUND | 3832 | 08/02/04 | $3,207.49 |
| | SCOTT | 12592 | | PENSION | 8/31/04 | 09/01/04 8/1-8/31/04 PENSION PLAN | 4089 | 08/27/04 | $2,992.75 |
| | SCOTT | 13061 | | PENSION P | 09/30/04 | 10/13/04 9/1-9/30/04 SERVICE PERIOD | 4095 | 10/11/04 | $3,052.24 |
| | CORP | 13164 | | | 10292004 | 10/30/04 SEIU Accrued Expense For Pension Fund | 4669 | 10/29/04 | $8,333.33 |
| | SCOTT | 13241 | | PENSION | 10/2004 | 11/10/04 10/1-10/31/04 PENSION FUND | 4475 | 11/08/04 | $3,666.05 |
| | PENNEY | 13313 | | PENSION | 11242004 | 11/24/04 11/01-11/30/04 SERVICE PERIOD | 4462 | 11/22/04 | $4,086.83 |
| | CORP | 13165 | | | 10292004 | 11/30/04 SEIU Accrued Pension Fund | 4667 | 10/29/04 | $8,333.33 |
| | SCOTT | 13554 | | PENSION | 12/22/04 | 12/22/04 12/1-12/31/04 PENSION PLAN | 4315 | 12/21/04 | $4,488.64 |
| | CORP | 13166 | | | 10292004 | 12/30/04 SEIU Accrued Pension Fund | 4668 | 10/29/04 | $8,333.33 |
| | SCOTT | 13554 | | PENSION | 1/30/05 | 02/02/05 12/29/04-1/30/05 SERVICE PERIOD | 4248 | 01/31/05 | $6,259.05 |
| | SCOTT | 14082 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4415 | 02/14/05 | $8,333.86 |
| | SCOTT | 14083 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4416 | 03/14/05 | $8,333.86 |
| | SCOTT | 14084 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4417 | 04/14/05 | $8,333.86 |
| | SCOTT | 14085 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4418 | 05/14/05 | $8,333.86 |
| | SCOTT | 14086 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4419 | 06/14/05 | $8,333.86 |
| | SCOTT | 14087 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4420 | 07/14/05 | $8,333.86 |
| | SCOTT | 14088 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4421 | 08/14/05 | $8,333.86 |
| | SCOTT | 14089 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4422 | 09/14/05 | $8,333.86 |
| | SCOTT | 14090 | | PENSION | 2001-2003 BACK AMTS | 02/10/05 2001-2003 PENSION | 4423 | 10/14/05 | $8,333.91 |
| | SCOTT | 14238 | | PENSION | 2/2005 | 03/02/05 2/1-2/28/05 SERVICE PERIOD | 4212 | 03/07/05 | $4,227.01 |
| | SCOTT | 14406 | | PENSION | 3/31/05 | 03/30/05 3/1-3/31/05 SERVICE PERIOD | 4993 | 03/28/05 | $4,036.84 |
| | SCOTT | 14735 | | EMP PENSI | 5/11/05 | 05/11/05 4/1-4/30/05 PENSION PLAN | 4706 | 05/09/05 | $4,133.08 |
| | SCOTT | 14959 | | PENSION | 6/8/05 | 06/08/05 5/1-5/31/05 SERVICE PERIOD | 5222 | 06/06/05 | $4,213.15 |
| | SCOTT | 15048 | | EMP PENSI | 6/22/05 | 06/22/05 6/1-6/30/05 SERVICE PERIOD | 5462 | 06/27/05 | $3,747.28 |
| | SCOTT | 15433 | | CORP | 8/3/05 | 08/03/05 6/29-7/27/05 SERVICE PERIOD | 5500 | 08/01/05 | $5,903.65 |
| | SCOTT | 15635 | | EMP PENSI | 8/31/05 | 08/31/05 8/1-8/31/05 SERVICE PERIOD | 5850 | 08/29/05 | $3,699.45 |
| | SCOTT | 15904 | | PENSION | 9/28/05 | 09/28/05 9/1-9/30/05 SERVICE PERIOD | 5978 | 09/28/05 | $3,390.90 |
| | | | | | | | | | $171,703.88 |
| | | | | | | | | | $171,703.88 |

10/14/05

Madonna
Vendor Activity Report (Paid)
History

1

| Vendor Name | User ID | Invoice ID | PO Number | Invoice Number | Invoice Date | Invoice Description | Check Number | Check Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SEIU NATI  SEIU National Industry Pension Fund | | | | | | | | | |
| | CORP | 12830 | | 10292004 | 10/30/04 | SEIU Accrued Pension Fund | 4036 | 10/29/04 | $8,333.33 |
| | CORP | 12831 | | 10292004 | 11/30/04 | SEIU Accrued Pension Fund | 4037 | 10/29/04 | $8,333.33 |
| | CORP | 12832 | | 10292004 | 12/30/04 | SEIU Accrued Pension Fund | 4038 | 10/29/04 | $8,333.33 |
| | CORP | 14361 | | 3172005 | 03/17/05 | SEIU Pension Fund | 4661 | 03/21/05 | $5,358.12 |
| | CORP | 14368 | | 3172005 | 03/17/05 | SEIU Pension Fund | 4662 | 03/21/05 | $5,358.12 |
| | CORP | 14369 | | 3172005 | 03/17/05 | SEIU Pension Fund | 4663 | 03/21/05 | $5,358.12 |
| | CORP | 14370 | | 3172005 | 03/17/05 | SEIU Pension Fund | 4664 | 03/21/05 | $5,358.12 |
| | CORP | 14371 | | 3172005 | 03/17/05 | SEIU Pension Fund | 4665 | 03/21/05 | $5,358.12 |
| | DIANA | 14372 | | 3172005 | 03/17/05 | SEIU Pension Fund | 5122 | 07/15/05 | $5,358.12 |
| | CORP | 14373 | | 3172005 | 03/17/05 | SEIU Pension Fund | 5123 | 08/15/05 | $5,358.12 |
| | CORP | 14374 | | 3172005 | 03/17/05 | SEIU Pension Fund | 5124 | 09/15/05 | $5,358.12 |
| | CORP | 14375 | | 3172005 | 03/17/05 | SEIU Pension Fund | 5125 | 10/15/05 | $5,358.18 |
| | NESEEM | 15144 | | NOV2004 | 06/13/05 | SEIU Pension Fund | 5032 | 06/15/05 | $4,031.55 |
| | NESEEM | 15145 | | DEC2004 | 06/13/05 | SEIU Pension Fund | 5033 | 06/15/05 | $5,226.86 |
| | NESEEM | 15146 | | FEB2005 | 06/13/05 | SEIU Pension Fund | 5034 | 06/15/05 | $3,726.11 |
| | NESEEM | 15147 | | MARCH2005 | 06/13/05 | SEIU Pension Fund | 5035 | 06/15/05 | $3,662.87 |
| | NESEEM | 15177 | | JAN 2005 | 06/14/05 | SEIU Pension Fund | 5036 | 06/15/05 | $3,469.95 |
| | DIANA | 15178 | | MAY 2005 | 06/15/05 | SEIU Pension Fund | 5226 | 07/25/05 | $3,437.85 |
| | NESEEM | 15179 | | APR 2005 | 06/15/05 | SEIU Pension Fund | 5151 | 07/12/05 | $3,551.13 |
| | DIANA | 15768 | | JULY 2005 | 08/22/05 | | 5388 | 08/24/05 | $2,923.88 |
| | DIANA | 16021 | | AUGUST 2005 | 09/21/05 | | 5493 | 10/04/05 | $4,418.26 |
| | DIANA | 16022 | | AUGUST 2005 | 09/21/05 | | 5493 | 10/04/05 | ($4,418.26) |
| | DIANA | 16023 | | AUGUST 2005C | 09/21/05 | | 5493 | 10/04/05 | $4,418.26 |

$107,671.59

$107,671.59

10/14/05

# Northfield Place
## Vendor Activity Report
### History

(Paid)

1

| Vendor Name | User ID | Invoice ID | PO Number | Invoice Number | Invoice Date | Invoice Description | Check Number | Check Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SEIU SEIU National Industry | | | | | | | | | |
| | TIFFANY | 19563 | | 01302004 | 01/30/04 | Jan 04 Pension Pay | 10535 | 09/23/04 | $616.88 |
| | TIFFANY | 19564 | | 02202004 | 02/20/04 | Feb 04 Pension Pay | 10544 | 09/23/04 | $640.02 |
| | TIFFANY | 19565 | | 03302004 | 03/30/04 | March 04 Pension Pay | 10547 | 09/23/04 | $694.47 |
| | TIFFANY | 19831 | | 04302004 | 04/30/04 | April 04 Pension Pay | 10983 | 10/22/04 | $711.30 |
| | TIFFANY | 19832 | | 05302004 | 05/30/04 | May 04 Pension Pay | 10955 | 10/22/04 | $651.64 |
| | TIFFANY | 19833 | | 06302004 | 06/30/04 | June 04 Pension Pay | 10952 | 10/22/04 | $1,039.05 |
| | TIFFANY | 19834 | | 07302004 | 07/30/04 | July 04 Pension Pay | 10951 | 10/22/04 | $627.12 |
| | TIFFANY | 19708 | | 09302004 | 09/30/04 | Pension Pay For Sept 04 | 10598 | 10/08/04 | $571.66 |
| | TIFFANY | 21446 | | 01012005 | 01/01/05 | Jan 05 Pension Pay | 11413 | 05/06/05 | $570.19 |
| | TIFFANY | 21442 | | 03302005 | 03/30/05 | August 04 Pension Pay | 11234 | 04/21/05 | $576.72 |
| | TIFFANY | 21443 | | 03302005 | 03/30/05 | Oct. 04 Pension Pay | 11250 | 04/21/05 | $592.62 |
| | TIFFANY | 21444 | | 03302005 | 03/30/05 | Nov 04 Pension Pay | 11253 | 04/21/05 | $842.52 |
| | TIFFANY | 21445 | | 03302005 | 03/30/05 | Dec 04 Pension Pay | 11255 | 04/21/05 | $594.68 |
| | TIFFANY | 21859 | | 05242005 | 05/24/05 | Feb 05 Pension Pay | 11387 | 06/03/05 | $606.42 |
| | TIFFANY | 21858 | | 05252005 | 05/25/05 | March 05 Pension Pay | 11402 | 06/03/05 | $552.00 |
| | TIFFANY | 21860 | | 05272005 | 05/27/05 | April 05 Pension Pay | 11404 | 06/03/05 | $577.84 |
| | TIFFANY | 22156 | | 05282005 | 05/28/05 | May 05 Pension Pay | 11554 | 07/01/05 | $889.09 |
| | TIFFANY | 22196 | | 06302005 | 06/29/05 | June 05 Pension Pay | 11570 | 07/01/05 | $641.33 |
| | TIFFANY | 22515 | | 07282005 | 07/28/05 | July 05 Pension Pay | 11658 | 07/29/05 | $554.63 |
| | TIFFANY | 22743 | | 08302005 | 08/30/05 | Aug 05 Pension | 11841 | 09/12/05 | $654.98 |
| | TIFFANY | 22960 | | 09222005 | 09/22/05 | Sept 05 Pension | 11897 | 09/23/05 | $613.58 |

$13,818.74

$13,818.74