TYPE-K

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01606-RJL

SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al v. ARISTA MANAGEMENT INC.
Assigned to: Judge Richard J. Leon
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 08/11/2005
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND**

represented by **Thomas J. Hart**
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW
Suite 450
Washington, DC 20036
(202) 797-8700
Fax: (202) 234-8231
Email: thart@slevinhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND**

represented by **Thomas J. Hart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ARISTA MANAGEMENT INC.**
*doing business as*
QUALICARE NURSING HOME INCORPORATED

represented by **John C Lowe**
JOHN C. LOWE P.C.
5920 Searl Terrace
Bethesda, MD 20816
(301) 320-5595
Fax: (301) 320-8878
Email: john.lowe@finnegan.com
*ATTORNEY TO BE NOTICED*

**Karen Berkery**
KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK

One Woodward Avenue
Suite 2400
Detroit, MI 48226-5485
US
(313) 965-7900
Fax: (313) 96-7403
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2005 | 1 | COMPLAINT against ARISTA MANAGEMENT INC. (Filing fee $ 250) filed by SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND.(jf, ) (Entered: 08/16/2005) |
| 08/11/2005 |   | Summons (1) Issued as to ARISTA MANAGEMENT INC.. (jf, ) (Entered: 08/16/2005) |
| 08/17/2005 | 2 | STANDING ORDER.Signed by Judge Richard J. Leon on 08/17/2005. (CB, ) (Entered: 08/17/2005) |
| 09/13/2005 | 3 | NOTICE of Appearance by John C Lowe on behalf of ARISTA MANAGEMENT INC. (Lowe, John) (Entered: 09/13/2005) |
| 09/13/2005 | 4 | ANSWER to Complaint by ARISTA MANAGEMENT INC..(Lowe, John) (Entered: 09/13/2005) |
| 11/06/2005 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Karen Berkery. :Address- Kitch Drutchas Wagner Valitutti & Sherbrook, One Woodward Avenue, Suite 2400, Detroit, MI 48226-5485. Phone No. - 313-965-7900. Fax No. - 313-965-7403 by ARISTA MANAGEMENT INC.. (Attachments: # 1 # 2)(Lowe, John) (Entered: 11/06/2005) |
| 11/09/2005 | 6 | MEET AND CONFER STATEMENT. (Attachments: # 1)(Lowe, John) (Entered: 11/09/2005) |
| 11/16/2005 |   | MINUTE ORDER granting 5 Motion for Admission of Karen Berkery Pro Hac Vice. Signed by Judge Richard J. Leon on 11/16/05. (lcrjl2) (Entered: 11/16/2005) |
| 01/06/2006 | 7 | MOTION for Leave to File *Plaintiffs' First Amended Complaint* by SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND. (Attachments: # 1 # 2)(Hart, Thomas) (Entered: 01/06/2006) |
| 01/11/2006 | 8 | NOTICE *That Motion For Leave To File Plaintiffs' First Amended Complaint Is Unopposed* by SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND re 7 MOTION for Leave to File *Plaintiffs' First Amended Complaint* |

| | | |
|---|---|---|
| | | (Hart, Thomas) (Entered: 01/11/2006) |
| 01/18/2006 | | MINUTE ORDER granting 7 MOTION for Leave to File Plaintiffs' First Amended Complaint. Signed by Judge Richard J. Leon on 1/18/06. (lcrjl2) (Entered: 01/18/2006) |
| 01/18/2006 | 9 | AMENDED COMPLAINT against ARISTA MANAGEMENT INC.filed by SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND.(jf, ) (Entered: 01/19/2006) |
| 01/20/2006 | 10 | ANSWER to Amended Complaint 9 by ARISTA MANAGEMENT INC.. (Attachments: # 1)(Lowe, John) . (Entered: 01/20/2006) |
| 03/24/2006 | 11 | MOTION for Summary Judgment *of Plaintiffs* by SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND. (Attachments: # 1 # 2 # 3 Affidavit of Lori Wood# 4 Exhibit A to Lori Wood Affidavit# 5 Exhibit B to Lori Wood Affidavit# 6 Exhibit C to Lori Wood Affidavit# (7) Exhibit D to Lori Wood Affidavit# 8 Affidavit of Marian Gibbs# (9) Exhibit A to Marian Gibbs Affidavit# 10 Exhibit B to Marian Gibbs Affidavit# 11 Affidavit of Josh Grant# 12 Exhibit A to Josh Grant Affidavit# 13 Exhibit B to Josh Grant Affidavit# 14 Text of Proposed Order)(Hart, Thomas) (Entered: 03/24/2006) |
| 03/27/2006 | 12 | ERRATA :*Substitution of Redacted Exhibits* by SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND 11 MOTION for Summary Judgment *of Plaintiffs* filed by SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,. (Attachments: # 1 Exhibit D to the Affidavit of Lori Wood# 2 Exhibit A to the Affidavit of Mariam Gibbs)(Hart, Thomas) (Entered: 03/27/2006) |
| 04/04/2006 | 13 | RESPONSE to *SEIU Motion for Summary Judgment 11 filed by ARISTA MANAGEMENT INC.*. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Lowe, John) . (Entered: 04/04/2006) |
| 04/18/2006 | 14 | REPLY to opposition to motion re 11 MOTION for Summary Judgment *of Plaintiffs* filed by SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND. (Hart, Thomas) (Entered: 04/18/2006) |
| 04/24/2006 | 15 | MOTION to Strike *Plaintiffs' Reply* by ARISTA MANAGEMENT INC.. (Attachments: # 1)(Lowe, John) (Entered: 04/24/2006) |
| 04/24/2006 | 16 | MOTION for Leave to File *Sur-Reply* by ARISTA MANAGEMENT INC.. (Attachments: # 1)(Lowe, John) (Entered: 04/24/2006) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 05/05/2006 15:50:01 | | | |
| **PACER Login:** | sh0156 | **Client Code:** | 310.112 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01606-RJL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |