### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL ) <br> UNION NATIONAL INDUSTRY ) <br> PENSION FUND et al., ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> ARISTA MANAGEMENT INC. ) <br> d/b/a QUALICARE NURSING HOME ) <br> INCORPORATED, ) <br> ) <br> **Defendant.** ) | Civil Action No. 05-cv-01606(RJL) |

### ORDER

Before the Court is the Defendant's Motion to Strike Plaintiffs' Reply. Because the Court finds that Plaintiffs' Reply was filed appropriately under the circumstances, the motion is **DENIED**.

**SO ORDERED.**

_____
**RICHARD J. LEON**
**United States District Judge**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SERVICE EMPLOYEE INTERNATIONAL** ) <br> **UNION NATIONAL INDUSTRY** ) <br> **PENSION FUND et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **ARISTA MANAGEMENT INC.** ) <br> **d/b/a QUALICARE NURSING HOME** ) <br> **INCORPORATED,** ) <br> ) <br> **Defendant.** ) | Civil Action No. 05-cv-01606(RJL) |

## ORDER

Before the Court is the Defendant's Motion for Leave to File a Sur-Reply. Because the Court finds that Defendant fails to meet the standard for filing a sur-reply, the motion is **DENIED**.

**SO ORDERED.**

_____
**RICHARD J. LEON**
**United States District Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL )<br>UNION NATIONAL INDUSTRY )<br>PENSION FUND et al., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　　　)<br>ARISTA MANAGEMENT INC. )<br>d/b/a QUALICARE NURSING HOME )<br>INCORPORATED, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. ) | Civil Action No. 05-cv-01606(RJL) |

## ORDER

Before the Court is the Plaintiffs' Motion for Leave to File Reply Brief Out of Time. Premises considered, and upon good cause shown, the motion is **GRANTED**. Plaintiffs are granted leave to file their Reply out of time, *nunc pro tunc*, as of the date the Reply was filed.

**SO ORDERED.**


_____
**RICHARD J. LEON**
**United States District Judge**