UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, <br><br> Defendant. | Civil Action No. 05-cv-01606(RJL) |

CERTIFICATE OF SERVICE

    I certify that on this 5th day of May, 2006, I caused the Plaintiffs' Opposition to Defendant's Motion to Strike Plaintiffs' Reply, Plaintiffs' Opposition to Defendant's Motion for Leave to File a Sur-reply, and Plaintiffs' Motion in the Alternative for Leave to File Plaintiffs' Reply Out of Time, along with a proposed Order, to be served by electronic filing notification and by first class mail to:

    Karen Berkery, Esq.
    Kitch, Drutchas, Wagner, Valitutti & Sherbrook
    One Woodward Avenue, Suite 2400
    Detroit, MI 48226-5485

    John C. Lowe
    John Lowe, P.C.
    5920 Searl Terrace
    Bethesda, MD 20816

    Attorneys for Defendant

    /s/
    Gloria James

H:\Clients\0310\112\Motions\Motion for Leave to File Reply\Certificate of Service.wpd