UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C.  20005,<br><br>    Plaintiff,<br><br>v<br><br>ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED,<br>695 East Grand Boulevard<br>Detroit, Michigan 48207,<br><br>    Defendant. | Civil Case No.:  05cv1606(RJL) |

## WITNESS LIST ON BEHALF OF DEFENDANT

NOW COMES the defendant, ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, by and through his attorneys, KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK, and JOHN LOWE, PC and submit the following list of witnesses that it may call it the time of trial:

1. Tearyn Parroff, Esq.
   1343 L. Street
   N.W. Washington, D.C. 20005

2. Lori Wood
   1343 L. Street
   N.W. Washington, D.C. 20005

3. Miriam Gibbs

        1343 L. Street
        N.W. Washington, D.C. 20005

4.    Kamran Chaudhry
        695 East Grand Boulevard
        Detroit, MI 48207

5.    Tami Hunt
        4000 Town Center, Suite 380
        Southfield, MI 48075

6.    Any and all witnesses listed by Plaintiff.

7.    Any and all witnesses that may be revealed in further discovery.

8.    Defendants reserve the right to revise and/or amend this witness list as needed.

9.    Defendants further reserve the right to call any witnesses necessary to respond to those witnesses of Plaintiff.

                              Respectfully submitted,

                              KITCH DRUTCHAS WAGNER
                              VALITUTTI & SHERBROOK

                              By:  s/Karen B. Berkery

                              KAREN B. BERKERY (P38698)
                              Attorneys for Defendant ARISTA
                              MANAGEMENT INC. d/b/a
                              QUALICARE NURSING HOME
                              INCORPORATED
                              One Woodward Avenue, Suite 2400
                              Detroit, MI 48226-5485
                              313-965-7448
                              karen.berkery@kitch.com

                              s/John C. Lowe
                              John C. Lowe
                              John Lowe, P.C.
                              5920 Searl Terrace
                              Bethesda, MD  20816
Dated:  June 23, 2006                Phone 301-320-5595

Fax 301-320-8878
johnlowe@johnlowepc.com
Co-counsel for Defendant Arista Management Inc. d/b/a Qualicare Nursing Home Inc.

DET02\1120320.01