UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ARISTA MANAGEMENT INC. d/b/a QUALICARE NURSING HOME INCORPORATED, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-cv-01606(RJL) |

NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have arrived at a settlement of the above-captioned case resolving all claims. The parties intend to file a praecipe of dismissal as soon as the settlement terms are reduced to an agreement and signed by the parties.

Dated: March 27, 2007

 /s/Thomas J. Hart  
Thomas J. Hart  
Slevin & Hart, P.C.  
1625 Massachusetts Ave, NW  
Suite 450  
Washington DC 20036  
(202) 797-8700  
(202 234-8231 (fax)  

Attorneys for Plaintiff

 /s/Karen B. Berkery  
Karen B. Berkery  
Kitch, Drutchas, Wagner, Valitutti & Sherbrook  
One Woodward Ave, 24th Floor  
Detroit, MI 48226  
(313) 965 7448 (tel)  

Attorneys for Defendant

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/39627/1