# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL ) <br> UNION NATIONAL INDUSTRY ) <br> PENSION FUND et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARISTA MANAGEMENT INC. ) <br> d/b/a QUALICARE NURSING HOME ) <br> INCORPORATED, ) <br> ) <br> Defendant. ) | Civil Action No. 05-cv-01606(RJL) |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

The Plaintiffs, the Service Employees International Union National Industry Pension Fund and its Board of Trustees, and the Defendant Arista Management, Inc., d/b/a Qualicare Nursing Home, Inc., hereby stipulate to the dismissal of the Plaintiffs' claims against the Defendant in this action with prejudice.

Dated: April 6, 2007

| | |
|---|---|
| /s/Thomas J. Hart | /s/John C. Lowe |
| Thomas J. Hart | John C. Lowe |
| Slevin & Hart, P.C. | John Lowe, P.C. |
| 1625 Massachusetts Ave, NW | 5920 Searl Terrace |
| Suite 450 | Bethesda, MD 20816 |
| Washington DC 20036 | (301) 320-5595 |
| (202) 797-8700 | (301) 320-8878 (fax) |
| (202 234-8231 (fax) | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |